In the Matter of the Judicial Settlement of the Account of HENRY McALEENAN, as Executor of MARGARET LAVERY, Deceased, Respondent.

LAWRENCE H. QUINN et al., Appellants; AUGUSTINE R. McMAHON, as Special Guardian, et al., Respondents.

*Matter of McAleenan,* 53 App. Div. 193, affirmed.
(Argued January 8, 1901; decided January 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made October 17, 1900, reversing a decree of the New York county Surrogate's Court settling the account of Henry McAleenan, as executor of the last will and testament of Margaret Lavery, deceased.

*Nelson S. Spencer, Robert Weil, M. E. Kelley* and *James F. Fogarty* for appellants.

*Augustine R. McMahon, Ashley Trimble Cole* and *William Arrowsmith* for respondents.

Order affirmed, with one bill of costs against the appellant; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.